NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000040**
**14-OCT-2015**
**07:55 AM**

NO. CAAP-15-0000040

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD STAR, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 14-1-0017 (CR. NO. 94-1549))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding, J., Leonard and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant's October 9, 2015 Motion for Reconsideration of the Summary Disposition Order filed September 25, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaii, October 14, 2015.

Presiding Judge

Associate Judge

Associate Judge